tiorari denied. *Arthur A. Moreno* for petitioner. *Henry B. Curtis* for respondent. ▃▃▃▃▃▃▃

Nos. 818 and 823. OTT, COMMISSIONER OF PUBLIC FINANCE, *v.* MISSISSIPPI VALLEY BARGE LINE CO.;

Nos. 819 and 825. MONTGOMERY, STATE TAX COLLECTOR, *v.* MISSISSIPPI VALLEY BARGE LINE CO.;

Nos. 820 and 822. OTT, COMMISSIONER OF PUBLIC FINANCE, *v.* AMERICAN BARGE LINE CO.;

Nos. 821 and 826. MONTGOMERY, STATE TAX COLLECTOR, *v.* AMERICAN BARGE LINE CO.; and

No. 824. OTT, COMMISSIONER OF PUBLIC FINANCE, *v.* UNION BARGE LINE CORP. C. C. A. 5th. Certiorari denied. *Henry B. Curtis* for petitioners. *Arthur A. Moreno* for respondents. Reported below: 166 F. 2d 509.

No. 805. GLASSEY *v.* HORRALL, CHIEF OF POLICE OF LOS ANGELES. Supreme Court of California. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Ray L. Chesebro, Donald M. Redwine* and *John L. Bland* for respondent.

No. 829. SHAPIRO *v.* SHAPIRO ET AL. C. C. A. 2d. Certiorari denied. *Edward Norwalk* for petitioner. *Solicitor General Perlman* for the United States, and *James G. Mitchell* for Annette Shapiro, respondents. ▃▃▃▃

No. 848. YOUNG *v.* UNITED STATES;

No. 849. DEER *v.* UNITED STATES; and

No. 850. POLK *v.* UNITED STATES. C. C. A. 10th. Certiorari denied. *Austin M. Cowan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States. Reported below: 163 F. 2d 187.